1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2745

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    2:07-CR-00048-WBS
                                 )
12            Plaintiff,         )    PRELIMINARY ORDER OF
                                 )    FORFEITURE AND PUBLICATION
13        v.                     )    THEREOF
                                 )
14  ROMAN KARELOV,               )
                                 )
15            Defendant.         )
    _____)
16

17      Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Roman Karelov, it is

19  hereby ORDERED, ADJUDGED, AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

21  2461(c), defendant Roman Karelov's interest in the following

22  property shall be condemned and forfeited to the United States of

23  America, to be disposed of according to law:

24      a.  Approximately $11,050.00 in U.S. Currency seized
            at the residence of ROMAN KARELOV at 9 Purple Plum
25          Court, Baltimore County, Maryland.

26      2.  The above-listed property constitutes or is derived from

27  proceeds traceable to a violation of 18 U.S.C. §§ 371 and 2314.

28      3.  Pursuant to Rule 32.2(b), the Attorney General (or a

                            1

designee) shall be authorized to seize the above-described property.   The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.   a.   Pursuant 28 U.S.C. § 2461(c) incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in The Baltimore Sun (Baltimore County), a newspaper of general circulation located in the county in which the above-described property was seized, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

2

1    5.  If a petition is timely filed, upon adjudication of all

2    third-party interests, if any, this Court will enter a Final

3    Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

4    U.S.C. § 2461(c), in which all interests will be addressed.

5         SO ORDERED this 23rd day of October, 2007.

7    _____
     WILLIAM B. SHUBB
8    UNITED STATES DISTRICT JUDGE

3