1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2745

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:07-CR-00048-WBS
                                )
12                Plaintiff,    )    FINAL ORDER OF FORFEITURE
                                )
13         v.                   )
                                )
14 ROMAN KARELOV,               )
                                )
15                Defendant.    )
   _____)
16

17      WHEREAS, on or about October 24, 2007, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea

20 agreement entered into between plaintiff and defendant Roman Karelov

21 forfeiting to the United States the following property:

22      a.   Approximately $11,050.00 in U.S. Currency seized at
             the residence of ROMAN KARELOV at 9 Purple Plum
23           Court, Baltimore County, Maryland.

24      AND WHEREAS, on November 7, 14, and 21, 2007, the United States

25 published notification of the Court's Preliminary Order of

26 Forfeiture in <u>The Baltimore Sun</u> (Baltimore County), a newspaper of

27 general circulation located in the county in which the subject

28 property was seized.  Said published notice advised all third

                                   1

parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Roman Karelov.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS <u>23rd</u> day of <u>January</u>, 2008.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE